RANDOLPH, CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO,
MICHAEL MEEKS, JOHN RANDAZZO,
MARK DICKERSON, ROBERT RINELLI,
MARK IWASA, LOU BLANAS, JOHN O'SHAUGHNESSY,
SANDRA HAND, SHELLIE JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMAH BRADLEY,<br><br>    Plaintiff,<br><br> vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff LOU BLANAS; Sacramento County Sheriff's Deputy MICHAEL MEEKS (Badge #100); Sacramento County Sheriff's Sergeant ROBERT RINELLI (Badge #129); Sacramento County Sheriff Lieutenant JOHN RANDAZZO (Badge #28); Sacramento County Sheriff Captain MARK DICKERSON (Badge #OC 2182); Sacramento County Sheriff Captain MARK IWASA (Badge #C83); Chief of Correctional Health Services JOHN O'SHAUGHNESSY; Sacramento County Main Jail Medical Director SANDRA HAND; Sacramento County Main Jail Nursing Director SHELLIE JORDAN and DOES I through XXX, inclusive,<br><br>    Defendants.<br>_____/ | No. 2:06 CV 02697 RRB KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice

---
1
STIPULATION OF DISMISSAL AND ORDER THEREON

pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

Dated:  August 21, 2007      /s/ F. Bradley
　　　　　　　　　　　　　　FATEMAH BRADLEY, Plaintiff

Dated:  August 21, 2007      LAW OFFICE OF STEWART KATZ

　　　　　　　　　　　　　　 /s/ Stewart Katz
　　　　　　　　　　　　　　STEWART KATZ, SBN 127425
　　　　　　　　　　　　　　Attorney for Plaintiff FATEMAH BRADLEY

Dated:  August 22, 2007      RANDOLPH CREGGER & CHALFANT LLP

　　　　　　　　　　　　　　 /s/ Robert L. Chalfant
　　　　　　　　　　　　　　ROBERT L. CHALFANT, SBN 203051
　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF SACRAMENTO, MICHAEL MEEKS, JOHN RANDAZZO, MARK DICKERSON, ROBERT RINELLI, MARK IWASA, LOU BLANAS, JOHN O'SHAUGHNESSY, SANDRA HAND, SHELLIE JORDAN

## **ORDER**

IT IS SO ORDERED.

Dated: August 23, 2007

　　　　　　　　　　　　　　 /s/ Ralph R. Beistline
　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE

C:\Documents and Settings\HVine\Desktop\06cv2697.o.823.wpd

2

STIPULATION OF DISMISSAL AND ORDER THEREON

**Randolph Cregger & Chalfant**